IN THE UNITED STATES DISTRICT COURT
OF THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-23943-CV-LENARD/GOODMAN

**RICK GLEWWE II, individually
and as the personal representative of the
estate of CRYSTAL GLEWWE, his
deceased wife, and as the parent and
natural guardian of KAYDEN GLEWWE,
his daughter, et al.**

   Plaintiffs,

v.

**ROYAL CARIBBEAN CRUISES, LTD.,
A Liberian Corporation,**

   Defendant.
_____/

## ORDER APPOINTING GUARDIAN AD LITEM

THIS CAUSE is before the Court on the Parties' Joint Notice of Settlement (D.E. 83), filed October 16, 2017, in which the Parties advised that they resolved this case but require Court approval of the settlement because the matter involves minors.[1]  Separately, Plaintiff filed an Unopposed Motion to Appoint Guardian Ad Litem (see D.E. 81) which the Court denied because the attorney whom Plaintiff proposed was unable to accept appointment on a pro bono basis (see D.E. 85).

Pursuant to Florida Statute § 744.387, a settlement on behalf of a minor must be approved by the Court after the Court determines that the settlement is in the best interests

---

[1] According to the Amended Complaint, four (4) minor children survived the death of their mother, Crystal Glewwe.  (See D.E. 22 at 2-3 ¶ 3.)  The proposed settlement has not been submitted to the Court yet.

of the minor child. The Court therefore finds it appropriate to appoint a Guardian Ad Litem to review the terms of the proposed settlement in this case, to ensure that its terms are fair to the minors and that the Parties have taken all steps necessary to preserve the interests of the minors.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. Griffin C. Klema, Esq., is appointed to serve as Guardian Ad Litem for the minors in this case;

2. Mr. Klema is directed to file a Guardian Ad Litem Report with the Court once he has reviewed the terms of the proposed settlement agreement. The Guardian Ad Litem Report shall: (1) set forth the materials reviewed by the Guardian Ad Litem; (2) state any physical, mental, and/or psychological damages suffered by the minor children; (3) state the current and projected costs of treatment for physical, mental, and/or psychological damages suffered by the minor children; (4) state whether the proposed settlement will adequately cover those current and projected costs; (5) set forth appropriate steps necessary to preserve the minor children's interests in the settlement; (6) state whether the proposed settlement takes appropriate steps necessary to preserve the minor children's interests in the settlement; (7) set forth the amount of attorney's fees and costs; (8) explain whether the type, quantity, and quality of the attorney's work in this case justifies the

amount of attorney's fees; (9) set forth the experience and qualifications of Plaintiff's attorney; and (10) state whether the Guardian Ad Litem recommends the Court approve the proposed settlement. The Guardian Ad Litem Report shall be filed **UNDER SEAL** and within thirty (30) days of this Order; and

3. Plaintiff, Plaintiff's counsel, Defendant, and Defendant's counsel are directed to provide full and complete cooperation to the Guardian Ad Litem.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of October, 2017.

JOAN A. LENARD
United States District Judge

Copies provided:   All Counsel of Record
Griffin C. Klema, Esq.
Klema Law, P.L.
P.O. Box 141131
Coral Gables, FL 33114-1131
(202) 713-5292
griffin@klemalaw.com